

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 13, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   *United States v. Patrick James and Edward James.,* 26 Cr. 29 (AT)

Dear Judge Torres:

    The parties have agreed upon a proposed protective order governing the handling of discovery materials, which is appended hereto and signed by all parties. The Government respectfully requests that the Court enter the proposed protective order, on consent.

    Very truly yours,

    JAY CLAYTON
    United States Attorney

By: _____
    Nicholas W. Chiuchiolo / Marguerite Colson
    Peter J. Davis / Sarah Mortazavi
    Assistant United States Attorneys

cc:  Defense counsel (by ECF)