UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PATRICK JAMES and EDWARD JAMES,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/19/2026

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letter filed by counsel for Defendant Edward James seeking modification of his bond conditions to include travel to the Southern District of Ohio, where certain family members reside.  *See* ECF No. 21.  The motion is GRANTED; Edward James's conditions of bond are modified to include permission to travel to the Southern District of Ohio. Pretrial services' approval is required for all such travel.

    SO ORDERED.

Dated:  April 22, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge