**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

May 19, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:      United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendant Patrick James in the above-referenced matter and write to supplement our letter filed earlier today requesting a two-week extension of the May 22, 2026, deadline for Mr. James to identify a new financial institution at which to open a bank account.

Since the filing of our letter earlier today, we have been informed by the relevant financial institution that it has elected not to move forward with opening the new account. Mr. James is actively identifying alternative financial institutions and will pursue those options promptly. For the reasons set forth in our earlier letter, and in light of this development, we respectfully maintain our request for a two-week extension to June 5, 2026, which will allow Mr. James to locate and engage a new institution and to provide the Court, the Government, and Pretrial Services with the required account information.

Very truly yours,

Scott Hartman

cc:      Counsel of Record

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH