**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

June 12, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

        We represent Defendant Patrick James in the above-referenced matter. We write concerning the Court's April 24, 2026, Order (ECF No. 51), which granted Mr. James's request to open a new, identically named bank account and directed him to identify the financial institution at which he is opening the new account. On June 11, 2026, Mr. James opened the new account and will provide the Court, the Government, and Pretrial Services with the name of the financial institution under separate cover via email.

        We appreciate the Court's attention to this matter.

Very truly yours,

Scott Hartman

cc:     Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH