

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 22, 2026

**BY ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *United States v. Patrick James and Edward James,* **26 Cr. 29 (AT)**

Dear Judge Torres:

The Government respectfully writes regarding the briefing schedule for defendants' motions seeking a bill of particulars. On July 18, 2026, defendant Patrick James filed a motion seeking a bill of particulars. (ECF No. 85.) On July 20, 2026, the Court ordered the Government to respond to Patrick James's motion by August 20, 2026. (ECF No. 87.) Counsel for defendant Edward James has informed the Government that he will also file a motion seeking a bill of particulars by July 31, 2026. The parties have conferred, and both defendants consent to the Government filing a consolidated opposition to both defendants' motions by August 31, 2026 and the defendants filing any replies by September 14, 2026. Accordingly, the Government respectfully requests that the Court adopt this agreed upon briefing schedule.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Nicholas W. Chiuchiolo
Marguerite B. Colson
Peter J. Davis
Sarah Mortazavi
Assistant United States Attorneys

cc: Defense counsel (by ECF)