USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' competing proposed pretrial scheduling orders. *See* ECF Nos. 100, 101. After considering both positions, relevant caselaw, and the Federal Rules of Criminal Procedure, the Court orders the parties to adhere to the following schedule:

| **Pretrial Disclosures and Motions** | **Due Date** |
|---|---|
| Government's Expert Disclosures | October 9, 2026 |
| Defendants' Expert Disclosures | October 23, 2026 |
| Defendants' Rebuttal to Government Expert Disclosures | October 30, 2026 |
| Government's Rebuttal to Defendant's Expert Disclosures | November 13, 2026 |
| Government's Rule 404(b) Disclosures | November 17, 2026 |
| *Daubert* Motions | November 24, 2026 |
| *Daubert* Oppositions | December 23, 2026 |
| Government's § 3500 Material and *Giglio* Material | December 30, 2026 |
| *Daubert* Replies (if any) | January 6, 2027 |
| Government's Exhibit and Witness Lists | January 7, 2027 |
| Notice of Advice-of-Counsel Defense and Disclosure of Relevant Documents | January 11, 2027 |
| Motions in Limine | January 15, 2027 |
| Jury Documents (proposed jury instructions, voir dire, and verdict forms) | January 15, 2027 |
| Motions in Limine Oppositions | January 22, 2027 |
| Defendants' Rule 16 Disclosures | January 25, 2027 |
| Motions in Limine Replies (if any) | January 27, 2027 |
| Defendants' Exhibit and Witness Lists | February 2, 2027 |
| Defendants' Rule 26.2 Disclosures | February 2, 2027 |
| Trial | February 9, 2027 |

In addition, the parties shall attend a pre-trial conference on **February 1, 2027** at **12:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is respectfully instructed to terminate the motion at ECF No. 100.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ANALISA TORRES
United States District Judge