USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 8.

WRITER'S DIRECT DIAL NO.
**(212) 849-7083**

WRITER'S EMAIL ADDRESS
**scotthartman@quinnemanuel.com**

August 28, 2026

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Patrick James and Edward James, 26-CR-00029-AT

Dear Judge Torres:

We represent Defendant Patrick James. We write to advise the Court that Mr. James intends to move to quash two trial subpoenas issued by the Government on August 6, 2026: (1) a subpoena to TriState Capital Bank ("TriState") for the production of documents, and (2) a subpoena to Robert Rutt for trial testimony. Both subpoenas are returnable on February 9, 2027. TriState provided Mr. James notice of the subpoenas on August 25, 2026, pursuant to a 2010 settlement agreement between TriState and, among others, Mr. James.

Mr. James respectfully requests that the Court (1) stay compliance with the subpoenas pending resolution of the contemplated motion to quash, and (2) set a briefing schedule for the motion. Mr. James intends to file the motion on or before September 4, 2026. This is the same relief the Court granted on March 11, 2026, in connection with Mr. James's motion to quash the post-indictment grand jury subpoena issued to Cooperative Title Agency of Florida. *See* ECF Nos. 32, 33.

Very truly yours,

Scott Hartman

cc: Counsel of Record

GRANTED. Patrick James' compliance with the subpoenas is STAYED pending resolution of his motion to quash. By **September 4, 2026**, shall file his motion to quash. By **September 11, 2026**, the Government shall file its response.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ANALISA TORRES
United States District Judge