UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

UNITED STATES OF AMERICA

-against-

PATRICK JAMES and EDWARD JAMES,

Defendants.

26 Cr. 29 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court modifies the order issued on September 3, 2026 at ECF No. 105 to state that TriState Capital Bank's and Robert Rutt's compliance with the subpoenas is STAYED pending resolution of Patrick James' motion to quash. No deadlines are affected by this order.

SO ORDERED.

Dated: September 4, 2026
New York, New York

ANALISA TORRES
United States District Judge