**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

PATRICK JAMES and EDWARD JAMES,

Defendants.

Case No.: 1:26-CR-29 (AT)

**DECLARATION OF SETH D. DUCHARME IN SUPPORT OF DEFENDANT EDWARD JAMES'S MOTION TO SEVER**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Bracewell LLP, attorneys for Defendant Edward James. I respectfully submit this Declaration in support of Defendant Edward James's Motion to Sever (the "Motion").

2. In further support of the Motion, I submit copies of the materials attached as **Exhibits A through HH**. Any document bearing the Bates prefix "SDNY_JAMES" or "USAO_SDNY" was produced to defendants by the government.

3. Attached as **Exhibit A** [redacted]

4. Attached as **Exhibit B** is [redacted]

5. Attached as **Exhibit C** is [redacted]

6. Attached as **Exhibit D** is [redacted]

7. Attached as **Exhibit E** is [redacted]

8. Attached as **Exhibit F** is [redacted]

9. Attached as **Exhibit G** is [redacted]

10. Attached as **Exhibit H** is [redacted]

11. Attached as **Exhibit I** is [redacted]

12. Attached as **Exhibit J** is [redacted]

13. Attached as **Exhibit K** is [redacted]

14. Attached as **Exhibit L** is [redacted]

15. Attached as **Exhibit M** is [redacted]

16. Attached as **Exhibit N** is [redacted]

17. Attached as **Exhibit O** is [redacted]

18. Attached as **Exhibit P** is [redacted]

19. Attached as **Exhibit Q** are [redacted]

20. Attached as **Exhibit R** is [redacted]

21. Attached as **Exhibit S** is [redacted]

22. Attached as **Exhibit T** is [redacted]

23. Attached as **Exhibit U** is [redacted]

24. Attached as **Exhibit V** is [redacted]

25. Attached as **Exhibit W** is [redacted]

26. Attached as **Exhibit X** is [redacted]

27. Attached as **Exhibit Y** is [redacted]

28. Attached as **Exhibit Z** is [redacted]

29. Attached as **Exhibit AA** is [redacted]

30. Attached as **Exhibit BB** are [redacted]

31. Attached as **Exhibit CC** are [redacted]

32. Attached as **Exhibit DD** is [redacted]

33. Attached as **Exhibit EE** is [redacted]

34. Attached as **Exhibit FF** is a copy of the Examiner's Report filed in *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML), Dkt. No. 2538-2 (Bankr. S.D. Tex. Apr. 27, 2026).

35. Attached as **Exhibit GG** is a copy of the Declaration of Charles M. Moore in Support of Confirmation of FBG Debtors' Chapter 11 Plan filed in *In re First Brands Group, LLC et al.*, Case No. 25-90399 (CML), Dkt. No. 3188 (Bankr. S. D. Tex. July 14, 2026).

36. Attached as **Exhibit HH** is a copy of the amended complaint filed in *First Brands Group, LLC, et al. v. Patrick James et al.*, Adv. Pro. No. 25-03803 (CML), Dkt. No. 141 (Bankr. S.D. Tex. Jan. 19, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 4, 2026

*/s/ Seth D. DuCharme*
Seth D. DuCharme