**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and EDWARD JAMES,<br><br>Defendants. | Case No.: 1:26-CR-29 (AT) |

**DECLARATION OF SETH D. DUCHARME**
**IN SUPPORT OF DEFENDANT EDWARD JAMES'S MOTION TO PRECLUDE THE INTRODUCTION OF UNTIMELY DISCLOSED EVIDENCE AND COMPEL PRODUCTION OF DISCOVERY**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Bracewell LLP, attorneys for Defendant Edward James. I respectfully submit this Declaration in support of Defendant Edward James's Motion to Preclude the Introduction of Untimely Disclosed Evidence and Compel Production of Discovery (the "Motion").

2. In further support of the Motion, I submit copies of the materials attached as **Exhibits A through RR**. Any document bearing the Bates prefix "SDNY_JAMES" or "USAO_SDNY" was produced to defendants by the government.

3. Attached as **Exhibit A** is [redacted]

4. Attached as **Exhibit B** is a copy of the original complaint filed in *First Brands Group, LLC, et al. v. Patrick James et al.*, Adv. Pro. No. 25-03803 (CML), Dkt. No. 17 (Bankr. S.D. Tex. Nov. 3, 2025)).

5. Attached as **Exhibit C** is a copy of the complaint filed in *First Brands Group, LLC, et al. v. Onset Financial et al.*, Adv. Pro. No. 26-03005 (CML), Dkt. No. 1 (Bankr. S.D. Tex. Jan. 9, 2026).

6. Attached as **Exhibit D** is a copy of the amended complaint filed in *First Brands Group, LLC, et al. v. Patrick James et al.*, Adv. Pro. No. 25-03803 (CML), Dkt. No. 141 (Bankr. S.D. Tex. Jan. 19, 2026).

7. Attached as **Exhibit E** is [redacted]

8. Attached as **Exhibit F** is [redacted]

9. Attached as **Exhibit G** is [redacted]

10. Attached as **Exhibit H** is [redacted]

11. Attached as **Exhibit I** is the Declaration of Charles M. Moore in Support of Debtors' Chapter 11 Petitions, *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML), Dkt. No. 22 (Bankr. S.D. Tex. Sept. 29, 2025).

12. Attached as **Exhibit J** is the Declaration of Charles M. Moore in Support of (I) the Proposed Confirmation Schedule and (II) the Debtors' Objection to United States Trustee's

Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b), *In re First Brands Group, LLC, et al.*, No. 25-90399, Dkt. No. 2911 (Bankr. S.D. Tex. June 5, 2026).

13. Attached as **Exhibit K** is the Declaration of Charles M. Moore in Support of Confirmation of FBG Debtors' Chapter 11 Plan, *In re First Brands Group, LLC et al.*, Case No. 25-90399 (CML), Dkt. No. 3188 (Bankr. S. D. Tex. July 14, 2026).

14. Attached as **Exhibit L** is a letter dated April 8, 2026 from Seth D. DuCharme to Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi with the subject line "Demand for *Brady* Material."

15. Attached as **Exhibit M** is a letter dated March 18, 2026 from Scott Hartman to Peter Davis with the subject line "Specific Request for *Brady* Material."

16. Attached as **Exhibit N** is a letter dated May 19, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, and David Shargel.

17. Attached as **Exhibit O** is a letter dated April 3, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Scott Hartman, William Burck, and Sara Clark concerning a request for *Brady* material.

18. Attached as **Exhibit P** is a letter dated August 21, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod.

19. Attached as **Exhibit Q** is a discovery production letter dated May 12, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, and David Shargel.

20. Attached as **Exhibit R** is a discovery production letter dated May 20, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, and David Shargel.

21. Attached as **Exhibit S** is a discovery production letter dated June 22, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, and David Shargel.

22. Attached as **Exhibit T** is [redacted]

23. Attached as **Exhibit U** is a letter dated August 18, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod.

24. Attached as **Exhibit V** is [redacted]

25. Attached as **Exhibit W** is [redacted]

26. Attached as **Exhibit X** is a discovery production letter dated September 2, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod.

27. Attached as **Exhibit Y** is a letter dated August 11, 2026 from David Shargel to Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi.

28. Attached as **Exhibit Z** is an email dated August 20, 2026 from Nicholas Chiuchiolo to counsel for Defendants Patrick James and Edward James.

29. Attached as **Exhibit AA** is a discovery production letter dated March 25, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, and David Shargel.

30. Attached as **Exhibit BB** is the Examiner's Report filed in *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML), Dkt. No. 2538-2 (Bankr. S.D. Tex. Apr. 27, 2026).

31. Attached as **Exhibit CC** is the Declaration of Frank Dery filed in *In re First Brands Group, LLC, et al.*, Case No. 25-90399 (CML), Dkt. No. 1051 (Bankr. S.D. Tex. Dec. 21, 2025).

32. Attached as **Exhibit DD** is [redacted]

33. Attached as **Exhibit EE** is [redacted]

34. Attached as **Exhibit FF** is a letter dated March 18, 2026 from Scott Hartman, William Burck, and Sara Clark to Peter Davis concerning a request for a bill of particulars.

35. Attached as **Exhibit GG** is a letter dated April 3, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Scott Hartman, William Burck, and Sara Clark concerning a request for a bill of particulars.

36. Attached as **Exhibit HH** is [redacted]

37. Attached as **Exhibit II** are [redacted]

38. Attached as **Exhibit JJ** are [redacted]

39. Attached as **Exhibit KK** is a letter dated April 28, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to defense counsel regarding *Brady* material.

40. Attached as **Exhibit LL** is [redacted]

41. Attached as **Exhibit MM** are [redacted]

42. Attached as **Exhibit NN** is [redacted]

43. Attached as **Exhibit OO** is [redacted]

44. Attached as **Exhibit PP** is [redacted]

45. Attached as **Exhibit QQ** is a letter dated August 28, 2026 from David Shargel to Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi.

46. Attached as **Exhibit RR** is a letter dated September 3, 2026 from Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 4, 2026

*/s/ Seth D. DuCharme*
Seth D. DuCharme