**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK JAMES and EDWARD JAMES,<br><br>Defendants. | Case No.: 1:26-CR-29 (AT) |

**DECLARATION OF SETH D. DUCHARME**
**IN SUPPORT OF DEFENDANT EDWARD JAMES'S MOTION TO SUPPRESS EVIDENCE OBTAINED PURSUANT TO SEARCH WARRANTS**

Seth D. DuCharme hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Bracewell LLP, attorneys for Defendant Edward James. I respectfully submit this Declaration in support of Defendant Edward James's Motion to Suppress Evidence Obtained Pursuant to Search Warrants (the "Motion").

2. In further support of the Motion, I submit copies of the materials attached as **Exhibits A through I**. Any document bearing the Bates prefix "SDNY_JAMES" or "USAO_SDNY" was produced to defendants by the government.

3. Attached as **Exhibit A** is an Affidavit of [redacted] in Support of an Application for a Search Warrant directed to Microsoft Corporation, bearing Bates range USAO_SDNY_00000216 to USAO_SDNY_00000248.

4. Attached as **Exhibit B** is an Agent Affidavit of [redacted] in Support of an Application for a Search Warrant for Stored Electronic Communications directed to Apple Inc., bearing Bates range USAO_SDNY_00000379 to USAO_SDNY_00000412.

5. Attached as **Exhibit C** is Attachment A1 to the Microsoft Warrant Application, bearing the Bates label USAO_SDNY_00000250.

6. Attached as **Exhibit D** is Attachment B1 to the Microsoft Warrant Application, bearing Bates range USAO_SDNY_00000254 to USAO_SDNY_00000259.

7. Attached as **Exhibit E** is a letter dated August 11, 2026 from David A. Shargel to AUSAs Nicholas Chiuchiolo, Marguerite Colson, Peter J. Davis, and Sarah Mortazavi with the subject line "Re: United States v. Patrick James and Edward James, 26 Cr. 29 (AT)", requesting certain information from the government.

8. Attached as **Exhibit F** is a letter dated August 21, 2026 from AUSAs Nicholas W. Chiuchiolo, Marguerite B. Colson, Peter J. Davis, and Sarah Mortazavi to Seth DuCharme, Nicole Boeckmann, David Shargel, and Dina McLeod, responding to Edward James's August 11, 2026 discovery request

9. Attached as **Exhibit G** is a letter dated August 28, 2026 from David A. Shargel to AUSAs Nicholas Chiuchiolo, Marguerite Colson, Peter Davis, and Sarah Mortazavi, posing supplemental discovery questions to the Department of Justice.

10. Attached as **Exhibit H** is a letter dated September 3, 2026 from the United States Attorney's Office for the Southern District of New York to Seth Ducharme, Nicole Boeckmann, David Shargel, and Dina McLeod, responding to Edward James's August 28, 2026 discovery request.

11. Attached as **Exhibit I** is the Search Warrant and Non-Disclosure Order, and accompanying Attachment A, directed to Apple Inc., bearing Bates range USAO_SDNY_00000413 to USAO_SDNY_00000421.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 4, 2026

*/s/ Seth D. DuCharme*
Seth D. DuCharme